## Ray RUSH v. STATE.
### No. 14112.

Court of Criminal Appeals of Texas.

Jan. 7, 1931.

Gentry & Gray, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for operating a motor vehicle while intoxicated; punishment being one year in the penitentiary.

Appellant has filed his affidavit advising this court that he does not wish to further prosecute his appeal, but desires that same be dismissed.

In compliance with his wishes, the appeal is dismissed.

## Ex parte H. J. SHADWICK.
### No. 14068.

Court of Criminal Appeals of Texas.

Dec. 10, 1930.

Will R. Saunders, of Pampa, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The relator is under indictment for the theft of property of the value of $200. It appears that he had been allowed bail in the sum of $1,000, but in default of it is held in custody by the sheriff. No reason for his discharge is shown nor perceived.

The judgment is affirmed.

## Tom SHERIDAN v. STATE.
### No. 14001.

Court of Criminal Appeals of Texas.

Dec. 3, 1930.

J. Lee Cearley, of Cisco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Possessing equipment for the manufacture is the offense; penalty, confinement in the penitentiary for one year.

The record is before this court without statement of facts and bills of exceptions. The indictment and other proceedings appear regular.

The judgment is affirmed.

HAWKINS, J., absent.

## L. P. WOODS v. STATE.
### No. 13768.

Court of Criminal Appeals of Texas.

Dec. 3, 1930.

Earl M. Greer, of Wills Point, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for robbery; punishment, ten years in the penitentiary.

The record is here without statement of facts or bills of exception. The indictment charges the offense, and is followed by the judgment and sentence.

No error appearing, the judgment will be affirmed.

HAWKINS, J., absent.